

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-19-00677-CV

Graciela **GARCIA** and Jesus Garcia,
Appellants

v.

Roberto **SALINAS**, Jose Lozano, and State Farm Mutual Automobile Insurance Company,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-716
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

On January 31, 2020, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. The clerk's record must be filed no later than ten days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.



Michael A. Cruz,
Clerk of Court